UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14021-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RENE HERNANDEZ-SANCHEZ,

    Defendant.
    _____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on April 10, 2017 [DE 20].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty and sentencing is set for July 28, 2017 at 9:00 a.m.

**DONE and ORDERED** in West Palm Beach, this 24th day of April, 2017.

                                      **KENNETH A. MARRA**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    All counsel